

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
T (212) 218-5500
F (212) 218-5526

gmerrill@seyfarth.com
T (212) 218-4648

www.seyfarth.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/9/2020

July 7, 2020

**VIA ECF**
Hon. Alison J. Nathan
U.S. District Court
Southern District of New York
40 Foley Square
New York, NY 10007

The Initial Pretrial Conference in this matter is hereby adjourned to September 11, 2020 at 3:45 P.M. No later than September 4, 2020, the parties are directed to submit the joint letter and case management plan, as laid out in Dkt. No. 34.

7/8/2020

*/s/ Alison J. Nathan/*

Re:   *Miller v. Wells Fargo & Company et al.*, Case No. 1:20-cv-03870-AJN

Dear Judge Nathan:

We represent Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively, "Wells Fargo") in this matter. Pursuant to Rule 1(D) of your Individual Practices in Civil Cases, we respectfully request an adjournment of the Initial Pretrial Conference that is currently scheduled for July 24, 2020. Plaintiff consents to this request.

The parties jointly propose alternate conference dates of **August 21, August 28, or September 11, 2020**. This is the first request for an adjournment. The proposed adjournment will not affect any other deadlines.

Thank you for your consideration.

Respectfully submitted,

*/s/ Gina Merrill*
Gina Merrill
Seyfarth Shaw LLP
620 Eighth Avenue
New York, NY 10018
(212) 218-5500
gmerrill@seyfarth.com

*Attorneys for Defendants*

CC:   All counsel of record (via ECF)