UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THOMAS LAU, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | Case No. 1:20-cv-03870-AJN |

## **DECLARATION OF RHONDA H. WILLS**

I, RHONDA H. WILLS, an attorney duly admitted to practice law in the State of New York, under penalty of perjury, hereby declare:

1. I am a member in good standing of the New York state bar, and I am admitted to practice before the Southern District of New York. I am the managing attorney for Wills Law Firm, PLLC, attorney for Plaintiff Thomas Lau, individually and on behalf of all others similarly situated, in the above-captioned case. I submit this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss, or Alternatively Stay or Transfer, Count II of the Second Amended Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of Wells Fargo's Answer to Plaintiff Sandra Bruno's Second Amended Individual and Collective/Class Action Complaint, which was filed on April 13, 2020 in the action *Sandra Bruno v. Wells Fargo Bank, N.A.*, Case No. 2:19-cv-00587-RJC.

1

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 8, 2020               /s/ Rhonda H. Wills
                                       Rhonda H. Wills