USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
**THOMAS LAU, on behalf of himself** :
**and similarly situated employees,** :
:
    **Plaintiff,** :
:
v. : Case No. 1:20-cv-03870-AJN
:
**WELLS FARGO & COMPANY and** :
**WELLS FARGO BANK, N.A.,** :
:
    **Defendant.** :
---------------------------------------------------------------x

## PROPOSED ORDER OF ATTORNEY WITHDRAWAL

    **IT IS HEREBY ORDERED THAT,** attorney Gina R. Merrill, an attorney with the law firm of Seyfarth Shaw LLP, is hereby withdrawn as counsel for Defendant Wells Fargo & Company and Wells Fargo Bank, N.A. Seyfarth Shaw LLP still remains as counsel for Defendant Wells Fargo & Company and Wells Fargo Bank, N.A. The clerk is hereby directed to remove Ms. Gina Merrill from the Court docket and designate her status as terminated.

Dated:  October 5, 2021
        New York, New York

- 2 -

          SEYFARTH SHAW LLP

          By: */s/ Gina R. Merrill*
               Gina R. Merrill
               620 Eighth Avenue, 32nd Floor
               New York, New York 10018
               Telephone: (212) 218-5500
               gmerrill@seyfarth.com

          *Attorneys for Defendant Wells Fargo Bank, N.A.*

SO ORDERED.

_____
Honorable Alison J. Nathan
United States District Judge
October 13, 2022