UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LAU, *On behalf of himself and all others
similarly situated*,

                                        Plaintiff,

                    -v-

WELLS FARGO & CO., *et al.*,

                                        Defendants.

20 Civ. 3870 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

This case has been reassigned from the Hon. Alison J. Nathan to this Court. The case

management conference in this case, originally scheduled for June 3, 2022, at 3:30 p.m., is

hereby rescheduled for June 17, 2022, at 1 p.m. This conference will be held telephonically.

The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter

Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the**

**Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at

https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic

conferences and for instructions for communicating with chambers.

The parties are further instructed to consult this Court's Individual Rules, available at

https://www.nysd.uscourts.gov/hon-paul-engelmayer, for the Court's rules on requesting, within

14 days of the close of fact discovery, that the pretrial conference serve as a pre-motion

conference.

            SO ORDERED.

                                        *Paul A. Engelmayer*

                                        PAUL A. ENGELMAYER
                                        United States District Judge

1

Dated:  April 11, 2022
        New York, New York