UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS LAU, *On behalf of himself and all others
similarly situated,*

                                        Plaintiff,

                    -v-

WELLS FARGO & CO., *et al.*,

                                        Defendants.

20 Civ. 3870 (PAE) (SLC)

ORDER

PAUL A. ENGELMAYER, District Judge:

        After consultation with the Hon. Sarah L. Cave, the referral order at docket 81 is

withdrawn.  This case is now before this Court for all purposes.

        SO ORDERED.

                                        PAUL A. ENGELMAYER
                                        United States District Judge

Dated: April 12, 2022
        New York, New York

1