UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
THOMAS LAU,

                               Plaintiff,

            -v-

WELLS FARGO & COMPANY *and*
WELLS FARGO BANK, N.A.,

                             Defendants.
———————————————————————

20 Civ. 3870 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court directed defense counsel, by August 31, 2022, to file a letter stating whether defendants will in fact move for summary judgment. In the event that defendants will so move, the Court set the following submission schedule:

- By September 21, 2022, the parties' Joint Statement of Undisputed Facts;
- By October 12, 2022, defendants' opening brief in support of their motion for summary judgment;
- By November 2, 2022, plaintiff's brief in opposition of summary judgment; and
- By November 16, 2022, defendants' reply brief in support of summary judgment.

In the event that defendants will not move for summary judgment, the Court set the following submission schedule:

- By October 18, 2022, the Joint Pretrial Order, all required pretrial filings in accordance with this Court's Individual Rules 5(A) and (B), and any motions *in limine*; and
- By October 25, 2022, any opposition to pending motions *in limine*, if any.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: August 23, 2022
      New York, New York