

1776 Yorktown Street, Suite 570 • Houston, TX 77056
(p) 713.528.4455 • (f) 713.528.2047

December 12, 2022

**VIA ECF**
Hon. Sarah L. Cave
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    *Lau v. Wells Fargo & Company, et al.*, Case No. 1:20-cv-03870-SLC

Dear Judge Cave:

      Pursuant to this Honorable Court's directive during the telephone conference held in the above matter on November 30, 2022, Plaintiff Thomas Lau submits the attached fully executed Amended Settlement Agreement with respect to the settlement of Mr. Lau's claims brought under the Fair Labor Standards Act ("FLSA") (Ex. A). The attached Amended Settlement Agreement replaces the previously submitted FLSA Settlement Agreement, which was filed with Plaintiff's Unopposed Motion for Approval of FLSA Settlement. [Doc. 113-2].

      Plaintiff respectfully requests that this Honorable Court review the attached Amended Settlement Agreement (Ex. A) and issue an Order approving the Amended Settlement Agreement and dismissing this lawsuit with prejudice with each side bearing its own attorneys' fees and costs, except to the extent provided for in the Amended Settlement Agreement.

Dated: December 12, 2022                Respectfully submitted,

                                                          s/ Rhonda H. Wills
                                                          Rhonda H. Wills
                                                          New York Bar No. 5373295
                                                          rwills@rwillslawfirm.com
                                                          Patrick J. Raspino (*pro hac vice*)
                                                          praspino@rwillslawfirm.com
                                                          WILLS LAW FIRM, PLLC
                                                          1776 Yorktown, Suite 570
                                                          Houston, TX 77056
                                                          Telephone: (713) 528-4455

                                                          ATTORNEYS FOR PLAINTIFF